NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

CREATION UPGRADES, INC.,
*Plaintiff-Appellant,*

v.

UNITED STATES,
*Defendant-Appellee.*

2010-5098

Appeal from the United States Court of Federal Claims in case no. 09-CV-788, Senior Judge John P. Wiese.

## ON MOTION

## ORDER

Creation Upgrades, Inc. moves for an extension of time, until December 3, 2010, to file its reply brief.

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

NOV 3 0 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  David Efron, Esq.
     Michael D. Austin, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 3 0 2010

JAN HORBALY
CLERK